UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELLIE STONE,

     Plaintiff,

                                   Case No. 1:24-cv-1281

v.

                                 HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 25, 2026, recommending that this Court affirm the Commissioner's decision.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 24) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is REVERSED AND REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commisserion should re-evaluate the limitations to plaintiff's upper extremities, and the limitations caused by Plaintiff's back pain, knee pain and foot pain, between the alleged onset date (February 1, 2012) and the date last insured (December 31, 2016).

A Judgment will be entered consistent with this Order.


Dated:  March 17, 2026                                  /s/  Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge