UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELLIE STONE,

    Plaintiff,

                            Case No. 1:24-cv-1281

v.

                            HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## **<u>JUDGMENT</u>**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  March 17, 2026                      /s/  Paul L. Maloney_____
                                          Paul L. Maloney
                                          United States District Judge